UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY BROESSEL,<br><br>               Plaintiff,<br><br>      v.<br><br>TRIAD GUARANTY INSURANCE CORP.,<br><br>               Defendant. | Miscellaneous 06-00531 (HHK) |

ORDER REFERRING MOTION
TO UNITED STATES MAGISTRATE JUDGE

It is this 6th day of December, 2006, hereby

**ORDERED** that Plaintiff's motion to compel [#2], filed December 1, 2006, is referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Alan Kay, "AK," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

                                                                        Henry H. Kennedy, Jr.
                                                                        United States District Judge