UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALLY BROESSEL**, 470 Blue Hole Road Campbellsville, KY 42718, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>**TRIAD GUARANTY INSURANCE CORP.**, 101 South Stratford Road, Suite 500 Winston Salem, NC 27104<br><br>Defendant.<br>_____/ | CASE NO. 1:06MS00531 (HHK-AK)<br><br>**CLASS REPRESENTATION** |

### PLAINTIFF'S MOTION TO WITHDRAW HER AMENDED MOTION TO COMPEL MORTGAGE INSURANCE COMPANIES OF AMERICA ("MICA") TO PRODUCE DOCUMENTS AND DEPOSITION TESTIMONY PURSUANT TO PLAINTIFF'S SUBPOENAS

On November 1, 2006, Plaintiff filed a renewed motion to compel in the U.S. District Court for the Western District of Kentucky, requesting that the Court order Triad to produce documents and information which Triad previously withheld based on claim of privilege, arguing that the claim of privilege has now been waived in light of Triad's recent assertion of the advice of counsel defense. On November 29, 2006, Plaintiff filed an Amended Motion to Compel Mortgage Insurance Companies of America ("MICA") to Produce Documents and Deposition Testimony Pursuant to Plaintiff's Subpoenas in this Court.

On December 12, 2006, the Court denied Plaintiff's renewed motion to compel. Because Plaintiff's Amended Motion to Compel Mortgage Insurance Companies of America ("MICA") to Produce Documents and Deposition Testimony Pursuant to Plaintiff's Subpoenas was contingent

upon the granting of Plaintiff's renewed motion to compel, Plaintiff respectfully requests permission to withdraw her Amended Motion to Compel.

PHILLIPS & COHEN LLP

_____**/s/**_____
Peter W. Chatfield (D.C. Bar No. 418576)
2000 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 833-4567
Facsimile: (202) 833-1815

JAMES, HOYER, NEWCOMER &
 SMILJANICH, P.A.
Terry A. Smiljanich
Tamra Carsten Givens
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
Telephone:  (813) 286-4100

PARRY DEERING FUTCHER
 & SPARKS, PSC
Dana E. Deering
128 East Second Street
P.O. Box 2618
Covington, KY 41012
Telephone: (859) 291-9000

DOUGLAS BOWDOIN, PA
Douglas Bowdoin
Suite 800, Citrus Center
255 S. Orange Avenue
Orlando, FL 32801
Telephone: (407) 422-0025

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing has been served upon the parties listed below

**VIA FAX & U.S. MAIL:**
Nolan C. Leake
Jennifer R. Vala
Lisa Wolgast
King & Spalding
1180 Peachtree St. NE
Atlanta, GA 30309-3521
Facsimile: (404) 572-5100

**VIA FAX & U.S. MAIL:**
Ronald G. Sheffer
Sheffer Law Firm, LLC
101 South Fifth Street, Suite 1600
Louisville, KY 40202
Facsimile: (502) 582-1193

Alvin Dunn
Pillsbury Winthrop Shaw Pittman LLP
2300 N. Street, NW
Washington, D.C. 20037-1122
Facsimile: (202) 663-8356

by facsimile and U.S. Mail this 15th day of December, 2006.

*/s/*
Peter W. Chatfield (D.C. Bar No. 418576)
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 833-4567
Facsimile: (202) 833-1815