UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**SALLY BROESSEL**,
470 Blue Hole Road
Campbellsville, KY 42718,
On Behalf of Herself And All
Others Similarly Situated,

    Plaintiff,

vs.

**TRIAD GUARANTY INSURANCE CORP.**,
101 South Stratford Road, Suite 500
Winston Salem, NC 27104

    Defendant.

_____/

CASE NO. 1:06MS00531 (HHK-AK)

**CLASS REPRESENTATION**

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW HER AMENDED MOTION TO COMPEL MORTGAGE INSURANCE COMPANIES OF AMERICA ("MICA") TO PRODUCE DOCUMENTS AND DEPOSITION TESTIMONY PURSUANT TO PLAINTIFF'S SUBPOENAS

  This matter is before the Court upon Plaintiff's Motion to Withdraw Her Amended Motion to Compel Mortgage Insurance Companies of America ("MICA") to Produce Documents and provide Deposition Testimony Pursuant to Plaintiff's Subpoenas. Plaintiff's motion is hereby **GRANTED**.

              _____
              District Court Judge
              United States District Court
              District of Columbia

**Persons to be notified of order**:


**ATTORNEYS FOR PLAINTIFF**
PHILLIPS & COHEN LLP
Peter W. Chatfield
2000 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 833-4567

JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.
Terry A. Smiljanich
Tamra Carsten Givens
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
Telephone:  (813) 286-4100

PARRY DEERING FUTCHER & SPARKS, PSC
Dana E. Deering
128 East Second Street
P.O. Box 2618
Covington, KY 41012
Telephone: (859) 291-9000

DOUGLAS BOWDOIN, PA
Douglas Bowdoin
Suite 800, Citrus Center
255 S. Orange Avenue
Orlando, FL 32801
Telephone: (407) 422-0025


**ATTORNEYS FOR DEFENDANT**
KING & SPALDING
Nolan C. Leake
Jennifer R. Vala
Lisa Wolgast
1180 Peachtree St. NE
Atlanta, GA 30309-3521

SHEFFER LAW FIRM, LLC
Ronald G. Sheffer
101 South Fifth Street, Suite 1600
Louisville, KY 40202

PILLSBURY WINTHROP SHAW PITTMAN LLP
Alvin Dunn
2300 N. Street, NW
Washington, D.C. 20037-1122